**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 21-12188-BKC-PDR |
| No Rust Rebar, Inc. | Chapter 11 |
|   Debtor-In-Possession | |
| No Rust Rebar, Inc., | Adv Case No. 21-01111-BKC-PDR-A |
|      Plaintiff, | |
| vs. | |
| Green Tech Development, LLC., | |
|      Defendant. _____/ | |

## CONSENT TO REMOVAL

COMES NOW, Green Tech Development, LLC, by and through undersigned counsel and files this consent to the entry of final orders or judgment by the Bankruptcy Judge in the removed matter of <u>No Rust Rebar, Inc. vs. Green Tech Development, LLC</u>, Case No. CACE 16-023317, previously pending in the 17th Judicial Circuit, Broward County, Florida.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission on April 12, 2021 to the following:

Kevin Gleason via ECF at kgpaecf@aol.com
Robert C Meyer, PA, 2223 Coral Way, Miami, FL 33145 via ECF at meyerrobertc@cs.com
Office of the US Trustee via ECF
Adisley Cortez Rodriguez on behalf of the AUST at Adisley.M.Cortez-Rodriguez@usdoj.gov
Aleida Martinez-Molina, Subchapter V Trustee, at martinez.trustee@wsh-law.com

                                                /s/:Stacy H. Bressler
                                              Stacy H. Bressler, Esq., FBN 71234
                                              Law Office of Stacy Bressler
                                              Post Office Box 121506
                                              Fort Lauderdale, FL 33312
                                              Telephone: (954) 797-3889
                                              email: sbressler@aol.com