UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

NO RUST REBAR, INC.,
a Florida corporation,
Debtor-in-possession. /

Case No. 21-12188-PDR
Chapter 11 Sub V

**OPPOSITION TO MOTION FOR ADEQUATE PROTECTION**
(Hearing set for April 22, 2021, at 10:30 a.m. on ECF 30]

NO RUST REBAR, INC., a Florida corporation (hereinafter "Debtor") opposes the motion of Green Tech Development, LLC [ECF 30] seeking adequate protection (the "Motion"), and says:

1. The Debtor agrees with the assertions in paragraphs 1 through and including 4, and paragraph 6 of the Motion.

2. The Debtor's asserted equitable ownership of commercial real property has been the subject of a case in the Circuit Court of Broward County, Florida since December 22, 2016, over 4 years ago. That case was removed to this Court and is pending under Adv. Pro. No. 21-01111-PDR ("0111"), currently set for a status conference on May 20, 2021, at 10:30 a.m.

3. Pursuant to an agreed order in 0111, the Debtor posted a cash bond in the sum of $300,000, which presumably stands to protect the interests of Green Tech in the event that the Debtor does not prevail in obtaining title to the property. The bond order is attached as Exhibit A hereto. The joint notice

       of compliance is attached as Exhibit B hereto. An order requiring the bond to be transferred to escrow is attached as Exhibit C.

4. Within 0111 is pending Green Tech's Amended Motion for Summary Judgment [ECF 6] regarding the Debtor's suit for specific performance, to force Green Tech to convey title of the subject commercial property to the Debtor.)

5. It has been assumed that at some point this Court will enter an order establishing the procedures and deadlines for a determination of the merits of Green Tech's Motion for Summary Judgment, to which the Debtor fully intends to file a Cross-Motion seeking summary judgment in its favor.

6. Attached to Green Tech's Motion for Adequate Protection are many of the very documents upon which the Debtor shall rely to prove its case for specific performance.

7. Also pending before this Court is the removed Circuit Court Case[1] wherein Green Tech is the Plaintiff seeking ejectment of the Debtor since November 9, 2017, still unresolved by the Circuit Court of the 17th Judicial Circuit, in

[1] Adv. Pro. No. 21-01112-PDR ("01112").

and for Broward County, Florida[2], after its third anniversary.

8. In its Schedules [ECF 19, p. 7/37, line 55.1], the Debtor has listed an equitable interest in the commercial real property which is the subject of both removed proceedings.

9. The key to both removed proceedings is a determination of the Debtor's interest in the commercial real property.

10. A motion is pending to consolidate both removed proceedings [ECF 10 in 0111], which is set for hearing on May 20, 2021 at 10:30 a.m. [ECF11, in 0111].

11. Green Tech was unsuccessful in obtaining an order of the Circuit Court in 0111 to require the Debtor to pay rent.

12. Green Tech admits that there is no landlord-tenant relationship between it and the Debtor.

13. Green Tech's Motion for Adequate Protection is an attempt to "end-run" the pending removed proceedings, and presumes that Green Tech will prevail.

14. The Debtor is confident that this Court will promptly resolve the issues raised in the removed proceedings, and determine finally who own the

[2] Circuit Court Case No. CACE 17-20467 (transferred from Case No CACE 17-14985).

commercial property, after which the natural consequences will flow. Until resolution of the ownership of the commercial property, it is premature to require the Debtor to adequately protect the unproven interests of Green Tech, which already has a bond posted to protect its alleged interests.

15. As to the specific harms asserted by Green Tech:

   a. Nothing prevents Green Tech from paying the real property taxes on the property it claims as its own[3]; and

   b. The reason for the continuing code violations is Green Tech's failure and refusal to join with the Debtor in obtaining the permits needed to remediate the matters underlying the violations.

WHEREFORE, No Rust Rebar, Inc. requests entry of an order denying the motion of Green Tech Development, LLC [ECF 30] seeking adequate protection, or deferring ruling and considering the Motion within 0111 after a determination of the issues in the removed proceedings.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by ECF on April 20, 2021, to all parties receiving electronic notice, including Stacy H. Bressler, sbressler@aol.com.

---

[3] The Debtor paid the real property taxes for 2016 and 2017, and is willing to carve out of the posted bond sufficient sums to pay the outstanding taxes so long as the Debtor is noted as the remitter of such taxes.

Respectfully submitted,

**FLORIDA BANKRUPTCY GROUP, LLC**
4121 N. 31st Avenue
Hollywood, Florida 33021-2011
954.893.7670/954.252-2540 Fax
BankruptcyLawyer@aol.com (Direct email)
KGPAECMF@gmail.com (Service email)

By: s/ *Kevin C Gleason*
Fla Bar No. 369500

**Exhibit A**
Bond Order

****FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/6/2017 7:35:14 AM.****

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 16-023317 (02)

NO RUST REBAR, INC., a Florida corporation,
Plaintiff,

vs.

REGENT BANK PROJECT FINANCE, INC., a Florida corporation, and GREEN TECH DEVELOPMENT, LLC, a Florida limited liability company,
Defendants.
_______________________________________/

**AGREED ORDER ON DEFENDANT, GREEN TECH DEVELOPMENT, LLC'S VERIFIED MOTION TO DISSOLVE LIS PENDENS WITH NOTICE OR ALTERNATIVELY TO REQUIRE PLAINTIFF TO POST A BOND PENDING OUTCOME OF LITIGATION**

THIS CAUSE having come before the Court upon the Defendant, GREEN TECH DEVELOPMENT, LLC's ("GREEN TECH") Verified Motion to Dissolve Lis Pendens With Notice or Alternatively to Require Plaintiff to Post a Bond Pending Outcome of Litigation, the parties having agreed to the entry of an Order herein and the Court being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. Defendant, GREEN TECH's Verified Motion to Dissolve Lis Pendens With Notice or Alternatively to Require Plaintiff to Post a Bond Pending Outcome of Litigation is hereby **GRANTED.**

2. Plaintiff, NO RUST REBAR, INC., shall post a cash bond or surety bond with a Florida admitted insurance carrier with the Clerk of Court in the amount of Three Hundred Thousand Dollars ($300,000.00) on or before December 11, 2017.

3. Plaintiff shall be responsible for all costs or service fees associated with the posting of the cash bond or surety bond.

4. Should Plaintiff fail to post the bond in the amount and manner described in paragraph "2" above on or before December 11, 2017, then the Lis Pendens filed in this action on

December 22, 2016 and recorded at Official Records Instrument # 114127387 in the Public Records of Broward County, Florida on the following described real property:

**Parcel 1:**

Lots 8A, 9, 10 and 11 in EAST COAST INDUSTRIAL CENTER, according to the Plat thereof, as recorded in Plat Book 63, Page 30, of the Public Records of Broward County, Florida

Tax ID # 4842 24 27 0120

Street Address: 2861 N.E. 4th Avenue
Pompano Beach, Florida 33064

shall automatically be dissolved, without further Order of this Court. A certified copy of this Order shall immediately be recorded in the Public Records in and for Broward County, Florida.

5. Should Plaintiff post the bond in the amount and manner described in paragraph "2" above on or before December 11, 2017, then the Lis Pendens filed in this action on December 22, 2016, shall stand as a matter of record until further Order of this Court.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of DECEMBER, 2017.

CIRCUIT JUDGE

Copies furnished to:

Marcy S. Resnik, Esq. and Howard N. Kahn, Esq., Attorneys for Defendant, Green Tech Development, LLC, 1815 Griffin Road, Suite 207, Dania, FL 33004, mresnik@kr-lawyer.com hkahn@kr-lawyer.com

Jeremy E. Slusher, Esq., Attorney for Plaintiff, No Rust Rebar, Inc., 324 Datura Street, Suite 324, West Palm Beach, Florida 33401, jes@slusherandrosenblum.com

Richard G. Coker, Jr., Esq., and Kathryn R. Coker, Esq., Attorneys for Defendant, Regent Bank Project Finance, Inc., 1404 South Andrews Avenue, Fort Lauderdale Florida 33316, rgcoker@coker-feiner.com and krcoker@coker-feiner.com

**Exhibit B**
Joint Notice of Compliance

Filing # 65184149 E-Filed 12/08/2017 05:13:24 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 16-023317

NO RUST REBAR, INC., a Florida corporation,

Plaintiff,

v.

REGENT BANK PROJECT FINANCE, INC., a Florida corporation, and GREEN TECH DEVELOPMENT, LLC, a Florida limited liability company,

Defendants.

______________________________/

**JOINT NOTICE OF COMPLIANCE WITH AGREED ORDER REQUIRING PLAINTIFF TO POST A BOND PENDING OUTCOME OF LITIGATION**

Undersigned counsel hereby notices that Plaintiff has complied with the Agreed Order on Defendant, Green Tech Development, LLC's Verified Motion to Dissolve Lis Pendens with Notice or Alternatively to Require Plaintiff to Post a Bond Pending Outcome of Litigation dated December 6, 2017. By agreement of the parties, Plaintiff has posted a cash bond in the amount of Three Hundred Thousand Dollars to the trust account of Marcy S. Resnik, P.A.

**SLUSHER & ROSENBLUM, P.A.**
*(attorneys for Plaintiff)*
324 Datura Street
Suite 324
West Palm Beach, Florida 33401
Telephone: 561-814-2020
Facsimile: 561-557-4598

Jeremy E. Slusher, Esq.
Florida Bar No.: 145769
jes@slusherandrosenblum.com

Mahra Sarofsky, Esq.
Florida Bar No.: 33637
mcs@slusherandrosenblum.com

**KAHN & RESNIK, P.L.**
*(attorneys for Defendant, Green Tech Development, LLC)*
1815 Griffin Road
Dania, Florida 33004
Telephone: 954-522-4129
Facsimile: 954-522-4523

Marcy S. Resnik, Esq.
Florida Bar No.: 766062
mresnik@kr-lawyer.com

Howard N. Kahn
Florida Bar No. 724416
hkahn@kr-lawyer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of December, 2017, the foregoing was served via email through the Florida Courts E-Filing Portal on, **Marcy S. Resnik, Esq.**, Kahn & Resnik, P.L., *(Attorneys for Defendant, Green Tech Development, LLC)*, 1815 Griffin Road, Dania, Florida 33004 (mresnik@kr-lawyer.com); and **Richard G. Coker, Jr., Esq., and Kathryn R. Coker, Esq.**, Coker & Feiner *(Attorneys for Regent Bank Project Finance, Inc)*, 1404 South Andrews Avenue, Fort Lauderdale, Florida 33316-1840 (rgcoker@coker-feiner.com) (krcoker@coker-feiner.com).

**SLUSHER & ROSENBLUM, P.A.**
*Attorneys for Plaintiff*
324 Datura Street, Suite 324
West Palm Beach, Florida 33401
Telephone: 561-814-2020
Facsimile: 561-557-4598

By:____________________
Jeremy E. Slusher, Esq.
Florida Bar No.: 145769
jes@slusherandrosenblum.com

Mahra Sarofsky, Esq.
Florida Bar No.: 33637
mcs@slusherandrosenblum.com

**Exhibit C**
Order Transferring Bond to Escrow

Filing # 79047296 E-Filed 10/09/2018 09:16:46 AM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE16023317 DIVISION 02 JUDGE John Bowman

**No Rust Rebar Inc**
Plaintiff(s) / Petitioner(s)
v.
**Regent Bank Project Finance Inc**
Defendant(s) / Respondent(s)
_______________________________/

**AGREED ORDER ON KAHN & RESNIK, PL'S MOTION TO DEPOSIT TRUST FUNDS INTO THE COURT REGISTRY**

This cause, having come before the Court on Kahn & Resnick's Motion to Deposit Trust Funds into the Court Registry, and, having been advised of the agreement of the parties, it is hereby ordered as follows:

1. Said motion is GRANTED.

2. Within ten (10) days of this order, No Rust Rebar, Inc. ("No Rust") and Green Tech Development, LLC ("Green Tech") shall jointly contact Iberia Bank, or some other mutually agreed to financial institution (the "Escrow Agent"), to create an escrow account (the "Escrow Account") to hold the $300,000.00 currently being held in the trust account of Marcy S. Resnik, P.A. (the "Escrow Funds"). No Rust and Green Tech shall instruct the Escrow Agent not to release or disburse the Escrow Funds except (i) after having received written authorization from both No Rust and Green Tech or (ii) pursuant to an order from a court having jurisdiction over the Escrow Funds.

3. Within five (5) days of the creation of the Escrow Account, No Rust and Green Tech shall provide Kahn & Resnik with instructions to wire the Escrow Funds to the Escrow Agent.

4. Once the Escrow Funds are transferred from the trust account of Marcy S. Resnik, P.A., Marcy S. Resnik, P.A. and Kahn & Resnik, P.L shall be released from any future liability related to the Escrow Funds.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 10-09-2018.

CACE16023317 10-09-2018 9:16 AM

CACE16023317 10-09-2018 9:16 AM
Hon. John Bowman
**CIRCUIT JUDGE**
Electronically Signed by John Bowman

**Copies Furnished To:**
Ariadne Fetokakis , E-mail : eservice.miami@wilsonelser.com
Ariadne Fetokakis , E-mail : EService.Miami@wilsonelser.com
Dolores K Sanchez , E-mail : dolores@bizhall.net
Gavin N.L. White , E-mail : lourdes.riestra@wilsonelser.com
Gavin N.L. White , E-mail : gavin.white@wilsonelser.com
Green Tech Development Llc , E-mail : jonipetstar@gmail.com
Green Tech Development, LLC , E-mail : jonipetstar@gmail.com
Green Tech Development, LLC , E-mail : petstar@petstar.net
Green Tech Development, LLC , E-mail : jonimarsh33@gmail.com
Howard N Kahn , E-mail : hkahn@kr-lawyer.com
Howard N Kahn , E-mail : elsy@kr-lawyer.com
Howard Steven Toland , E-mail : htoland@mitrani.com
Howard Steven Toland , E-mail : slall@mitrani.com
Howard Steven Toland , E-mail : ssilver@mitrani.com
Jackie Benitez , E-mail : jackie.benitez@wilsonelser.com
Jeremy E. Slusher , E-mail : kz@slusherandrosenblum.com
Jeremy E. Slusher , E-mail : dls@slusherandrosenblum.com
Jeremy E. Slusher , E-mail : jes@slusherandrosenblum.com
Mahra C Sarofsky , E-mail : mcs@slusherandrosenblum.com
Mahra C Sarofsky , E-mail : dls@slusherandrosenblum.com
Mahra C Sarofsky , E-mail : sal@slusherandrosenblum.com
Marcy S Resnik , E-mail : jbouis@kr-lawyer.com
Marcy S Resnik , E-mail : mresnik@kr-lawyer.com
Marcy S Resnik , E-mail : andi@kr-lawyer.com
Richard G. Coker Jr. , E-mail : rgcoker@coker-feiner.com
Richard G. Coker Jr. , E-mail : carolyn@coker-feiner.com
Richard G. Coker Jr. , E-mail : rafeiner@coker-feiner.com
Robert Conrad Meyer , E-mail : meyerrobertc@cs.com
Robert Conrad Meyer , E-mail : rcmeyer@gmail.com

Serena A. Witter , E-mail : pdelgado@robertallenlaw.com
Serena A. Witter , E-mail : switter@robertallenlaw.com
Serena A. Witter , E-mail : litigation@robertallenlaw.com
Steven Craig Jones , E-mail : steven.jones@wilsonelser.com
Steven Craig Jones , E-mail : anna.nowakowska@wilsonelser.com
Steven Silver , E-mail : SSilver@mitrani.com

NOT OFFICIAL COPY - PUBLIC