# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No.: | 21-12188 | Trustee Name: | Sonya S. Slott |
| Case Name: | NO RUST REBAR, INC | Date Filed (f) or Converted (c): | 05/23/2022 (c) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 06/15/2022 |
| | | Claims Bar Date: | 08/02/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Cash | $5,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 2 | BB&T Checking Account- x8036 | $4,153.29 | $0.00 | | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 3 | Space Coast Checking Account- x7843 | $462.52 | $0.00 | | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 4 | Space Coast Savings Account- x4300 | $1,034.21 | $0.00 | | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 5 | Accounts Receivables | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 6 | Resin- 2200 (2.4 a pound), basalt fiber - 6000 pounds ($2.06); fiberglass 80 rolls - (.78 cents per pound) | $18,368.40 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 7 | rock rebar- 7 rolls of 6ML $2,408.00 and 5/8 ML $1041.92) | $3,449.92 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 8 | 3 large white boards, 4 heavy duty commercial office desks, conference table, glass top credenza filing cabinets, drafting table, glass show case | $900.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 9 | Conference table, desks, filing cabinets | $5,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 10 | computers (PC, 2 monitors), printer, office equipment, 65" samsung television, security cameras (10), amps and speakers | $9,300.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 11 | 1968 Clarklist C-500-70/7 ton forklift | $3,500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |
| 12 | Misc. Tools | $10,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | per initial schedules ECF 19 3/19/21 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-12188 | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | NO RUST REBAR, INC | Date Filed (f) or Converted (c): | 05/23/2022 (c) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 06/15/2022 |
| | | Claims Bar Date: | 08/02/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13 | single line RockRebar machine, double cut off saw, winder machines, (2) coilers associate equipment, epoxy oven, industrial epoxy heater, cable tie gun, MES smith hamilton tool, pro pressure washer, tower air compressor, fiberglass equipment and supplies, molds and tooling (clamps), tools to make rock stirrups | $330,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 14 | machines that are being completed | $40,346.37 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 15 | concrete saw | $800.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 16 | 50kW diesel generator | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 17 | rock stirrup jigs and tooling | $500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 18 | plant equipment- 2 mills, disc sanders, 6 circular fans, 8" belt sander, lincoln welder, 2 drill presses, rockwell table saw, milwaukee panel saw, generator/compressor | $20,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 19 | mixing buckets, rubber gloves, 5 gallons of alcohol, 5 of acetone aka misc | $1,650.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 20 | 2681 NE 4th Avenue, Equitable Interest, | $1,055,000.00 | $3,000,000.00 | | $0.00 | $3,000,000.00 |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 21 | norustrebar.com | Unknown | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 22 | non exclusive right to produce/manufacture RockRebar, RockMesh, RockStirrups. Right to sell customer direct only in the continental US only and the registered trademarked products RockStaples, RockRebar, RockMesh, and RockRebar | Unknown | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No.: | 21-12188 | Trustee Name: | Sonya S. Slott |
| Case Name: | NO RUST REBAR, INC | Date Filed (f) or Converted (c): | 05/23/2022 (c) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 06/15/2022 |
| | | Claims Bar Date: | 08/02/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 | Net Operating Loss | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 24 | cause of action - Green Tech Development LLC (or successors)- specific performance/quiet title | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 25 | cause of action - Joan Saperstein estate- unknown claim nature | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 26 | cause of action- Marshall G. Ives | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 27 | Cash Bond | $300,000.00 | $0.00 | | $35,000.00 | $147,000.00 |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 28 | Credit from Broward County Public Works | $527.01 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | per initial schedules ECF 19 3/19/21 | | | | | |
| 29 | Toyota 7FGU30/ VIN: SN #69031 Forklift Truck (u) | $9,500.00 | $10,000.00 | | $0.00 | $10,000.00 |
| **Asset Notes:** | per amended schedules ECF 173 1/22/2022 | | | | | |
| 30 | Fictitious name RAW, LLC filed 3-15-2021 (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | per amended schedules ECF 173 1/22/2022 | | | | | |
| 31 | DIP Account- AXOS Bank x449 (u) | $0.00 | $9,847.92 | | $9,847.92 | FA |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Asset** |
| | $1,824,491.72 | $3,024,847.92 | $44,847.92 | $3,162,000.00 |

**Major Activities affecting case closing:**

08/23/2022    1.Trustee has retained counsel to investigate complicated litigation that was pending between the Debtor and Green Tech prior to conversion. After investigation, the Trustee reached a settlement with Green Tech that was approved. The 9019 order is under appeal by Don Smith. The Trustee retained Fisher Auction and Trustee Realty to sell warehouse pursuant to terms of sale procedure motion ECF 258. Court approved stalking horse buyer and break up fee ECF 313. Warehouse set for auction on October 26, 2022. Counsel to investigate additional litigation claims. KC 10/21/2022

2.Claims bar date: 8/2/2022; claim reviewed. objections sent to attorneys to draft and send back. 9/22/22 SSS

3.Tax returns by Kapila when needed.

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No.: | 21-12188 | |
| Case Name: | NO RUST REBAR, INC | |
| For the Period Ending: | 09/30/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Sonya S. Slott | |
| Date Filed (f) or Converted (c): | 05/23/2022 (c) | |
| §341(a) Meeting Date: | 06/15/2022 | |
| Claims Bar Date: | 08/02/2022 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/15/2024 | |

| | | |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 06/15/2024 | |

/s/ SONYA S. SLOTT

SONYA S. SLOTT

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| Case No. | 21-12188 | |
| Case Name: | NO RUST REBAR, INC | |
| Primary Taxpayer ID #: | **-***3431 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2021 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Sonya S. Slott |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******8801 |
| Account Title: | |
| Blanket bond (per case limit): | $53,950,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2022 | (31) | AXOS | turnover of DIP account proceeds per demand | 1229-000 | $9,847.92 | | $9,847.92 |
| 08/08/2022 | (31) | AXOS | turnover of DIP account proceeds per demand- duplicate entry. SSS | 1229-000 | $9,847.92 | | $19,695.84 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.84 | $19,682.00 |
| 09/02/2022 | (31) | DEP REVERSE: AXOS | turnover of DIP account proceeds per demand- duplicate entry. SSS | 1229-000 | ($9,847.92) | | $9,834.08 |
| 09/02/2022 | 1001 | FISHER AUCTION CO | PAYMENT OF MARKETING EXPENSES PER ORDER DATED 8/19/22 (CP 255) | 3992-000 | | $5,000.00 | $4,834.08 |
| 09/07/2022 | 1002 | BROWARD COUNTY WATER AND WASTEWASTER SERVICES | PAYMENT OF UTILITIES PER LOCAL ORDER | 2990-000 | | $226.77 | $4,607.31 |
| 09/16/2022 | 1003 | Ouellette & Mauldin | PAYMENT OF COURT REPORTER FEES PER LOCAL ORDER | 2990-000 | | $189.60 | $4,417.71 |
| 09/23/2022 | (27) | MATHISON WHITTLES LLP | TURNOVER OF BOND (PARTIAL) PER ORDER DATED 9/19 22 (CP 283) | 1129-000 | $35,000.00 | | $39,417.71 |
| 09/23/2022 | (27) | MATHISON WHITTLES LLP | TURNOVER OF BOND (PARTIAL) PER ORDER DATED 9/19 22 (CP 283)- DUPLICATE | 1129-000 | $35,000.00 | | $74,417.71 |
| 09/23/2022 | (27) | DEP REVERSE: MATHISON WHITTLES LLP | TURNOVER OF BOND (PARTIAL) PER ORDER DATED 9/19 22 (CP 283)- DUPLICATE | 1129-000 | ($35,000.00) | | $39,417.71 |
| 09/23/2022 | 1004 | FISHER AUCTION CO | PAYMENT OF MARKETING EXPENSES PER ORDER DATED 8/19/22 (CP 255) | 3992-000 | | $4,999.00 | $34,418.71 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $29.50 | $34,389.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $44,847.92 | $10,458.71 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| **Case No.** | 21-12188 |
| **Case Name:** | NO RUST REBAR, INC |
| **Primary Taxpayer ID #:** | **-***3431 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2021 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Sonya S. Slott |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $53,950,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $44,847.92 | $10,458.71 | $34,389.21 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $44,847.92 | $10,458.71 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $44,847.92 | $10,458.71 | |

**For the period of  10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $44,847.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,847.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,458.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10,458.71 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2022  to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $44,847.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,847.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,458.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10,458.71 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| Case No. | 21-12188 | |
| Case Name: | NO RUST REBAR, INC | |
| Primary Taxpayer ID #: | **-***3431 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2021 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Sonya S. Slott |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******8801 |
| Account Title: | |
| Blanket bond (per case limit): | $53,950,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $44,847.92 | $10,458.71 | $34,389.21 |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $44,847.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,847.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,458.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,458.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2022 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $44,847.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,847.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,458.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,458.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT